IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV496-RJC-DSC

| | |
|---|---|
| EDWARD LOUIS BEARDEN, JR., ) ) ) Plaintiff, ) ) vs. ) _____ ) CHARLOTTE PALM CORPORATION ) and PALM MANAGEMENT ) CORPORATION, ) ) Defendants. ) ) _____ ) | **ORDER OF RECUSAL** |

**THIS MATTER** is before the Court sua sponte. The undersigned **RECUSES** himself from further involvement in this case. Accordingly, the Clerk is directed to terminate the referral for all future proceedings.

The Clerk is further directed to send copies of this Order of Recusal to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**   Signed: October 13, 2011

David S. Cayer
United States Magistrate Judge