# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Edward Louis Bearden, Jr.,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                            3:11cv496

Charlotte Palm Corporation, et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 16, 2012 Order.

Signed: April 16, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court