# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Edward Louis Bearden, Jr.,

    Plaintiff(s),

vs.

Charlotte Palm Corporation, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv496

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 16, 2012 Order.

Signed: April 16, 2012

Frank G. Johns, Clerk
United States District Court